UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY ALLAN JAMES,

                     Plaintiff,

-against-

U.S. DEPARTMENT OF EDUCATION'S OCR, et al.,

                     Defendants.

22-CV-10051 (LTS)

ORDER TO AMEND

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, filed this action under the court's federal question jurisdiction, alleging that Defendants violated his federally protected rights. By order dated December 7, 2022, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

    On January 2, 2022, Plaintiff submitted a letter seeking to add defendants to his complaint, and providing facts explaining why they should be added. (ECF 5.) Plaintiff cannot, however, amend his complaint to name additional defendants by filing a letter. The Court construes the letter as a motion to file an amended complaint, and grants that motion.

## CONCLUSION

    Plaintiff is granted leave to file an amended complaint naming every individual and entity he seeks to hold liable for what occurred, and providing facts explaining why he named them. Plaintiff must submit the amended complaint to this Court's Pro Se Intake Unit within 60 days of the date of this order, caption the document as an "Amended Complaint," and label the document with docket number 22-CV-10051 (LTS). An Amended Complaint form is attached to this order. No summons will issue at this time. If Plaintiff does not file an amended complaint within 60

days of the date of this order, the Court will treat the original complaint as the operative pleading.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 14, 2023
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge