UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY ALLAN JAMES,<br><br>                              Plaintiff,<br><br>          -against-<br><br>U.S. DEPARTMENT OF EDUCATION'S OCR; EBONE WOODS; GARY KIANG; SUNY; WELL LIFE NETWORK INCORPORATED,<br><br>                              Defendants. | 22-CV-10051 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 3, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 3, 2023
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                         Chief United States District Judge